United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISA NADINE BHAI, | No. C 11-3560 JSW (PR) |
| Petitioner, | **ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| KAMALA HARRIS, | |
| Respondent. | (Docket No. 2) |

Petitioner, an alien and inmate in the custody of Sonoma County, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241 seeking to cancel an immigration "hold" from the Bureau of Immigration and Customs Enforcement.

Unfortunately for petitioner, it is well-established that a hold or detainer alone does not sufficiently place an alien in BICE custody to make federal habeas corpus relief available. *See Garcia v. Taylor*, 40 F.3d 299, 303 (9th Cir. 1994). And it is equally well- established that this Court is without jurisdiction to review the Attorney General's decision to commence proceedings, adjudicate cases, or execute removal orders. *See Reno v. American-Arab Anti-Discrimination Comm.*, 525 U.S. 471, 483-84 (1999); *see also Jimenez-Angeles v. Ashcroft*, 291 F.3d 594, 599 (9th Cir. 2002) (decision to commence proceedings includes "not only a decision in an individual case whether to commence, but also when to commence, a proceeding").

For the foregoing reasons, the petition for a writ of habeas corpus under § 2241 is

1  DISMISSED. The application to proceed in forma pauperis (docket number 2) is
2  GRANTED.
3      The Clerk shall enter judgment in favor of respondent and close the file.
4      IT IS SO ORDERED.

6  DATED: September 26, 2011

   JEFFREY S. WHITE
   United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISA HERNANDEZ BHAI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HARRIS,<br><br>　　　　Defendant._____/ | Case Number: CV11-03560 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louis Nadine Bhai
Booking No: 10050082
Main Adult Detention Facilities
D-No: 168795
2777 Ventura Ave.
Santa Rosa, Ca 95403

Dated: September 26, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk